AMERICAN SURETY COMPANY OF NEW YORK *v.* CITIZENS BANK OF COLQUITT.

HUTCHESON, Justice. This case came before this court by writ of certiorari from the Court of Appeals of Georgia; and after argument it is considered and adjudged that the judgment of the Court of Appeals be

*Affirmed. All the Justices concur, except Russell, C. J., and Atkinson, J., who dissent.*

No. 10207. JUNE 12, 1935. REHEARING DENIED JULY 11, AUGUST 9, 1935.

ON SECOND MOTION FOR REHEARING.

The second motion for rehearing, and the motion to recall the remittitur after it had been transmitted to the Court of Appeals and after the remittitur from that court had been transmitted to the trial court, are denied.

*Martin, Martin & Snow* and *John T. Goree,* for plaintiff in error.
*N. L. Stapleton* and *H. A. Wilkinson,* contra.